UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAR 12 PH 4: 37

CLERK

BY_____*LAW*_____
DEPUTY CLERK

DAYSI CAMILA PATIN PATIN,          )
                                   )
          Petitioner,              )
                                   )
     v.                            )          Case No. 2:26-cv-00072
                                   )
DONALD J. TRUMP, IN HIS OFFICIAL   )
CAPACITY AS PRESIDENT OF THE       )
UNITED STATES; PATRICIA HYDE, IN   )
HER OFFICIAL CAPACITY AS ACTING    )
BOSTON FIELD OFFICE DIRECTOR,      )
IMMIGRATION AND CUSTOMS            )
ENFORCEMENT, ENFORCEMENT AND       )
REMOVAL OPERATIONS; DAVID W.       )
JOHNSTON IN HIS OFFICIAL CAPACITY  )
AS VERMONT SUB-OFFICE DIRECTOR     )
OF IMMIGRATION AND CUSTOMS         )
ENFORCEMENT, ENFORCEMENT AND       )
REMOVAL OPERATIONS; TODD M.        )
LYONS, IN HIS OFFICIAL CAPACITY AS )
ACTING DIRECTOR, U.S. IMMIGRATION  )
AND CUSTOMS ENFORCEMENT;           )
RODNEY SCOTT, IN HIS OFFICIAL      )
CAPACITY AS ACTING COMMISSIONER    )
FOR U.S. CUSTOMS AND BORDER        )
PROTECTIONS; KRISTI NOEM, IN HER   )
OFFICIAL CAPACITY AS SECRETARY OF  )
THE UNITED STATES DEPARTMENT OF    )
HOMELAND SECURITY; MARCO RUBIO,    )
IN HIS OFFICIAL CAPACITY AS        )
SECRETARY OF STATE; AND PAMELA     )
BONDI, IN HER OFFICIAL CAPACITY AS )
U.S. ATTORNEY GENERAL; JONATHAN    )
TUREK, SUPERINTENDENT,             )
CHITTENDEN REGIONAL                )
CORRECTIONAL FACILITY,             )
                                   )
          Respondents.             )

**ORDER**

Petitioner Daysi Camila Patin Patin has requested the court to issue an order requiring her custody to remain in Vermont so that she may effectively litigate her habeas corpus petition. The court has previously issued this type of order in other cases. *See, e.g., Japon Benites v. Hale*, Case No. 2:25-cv-00885 (D. Vt. Nov. 25, 2025) at Doc. 13 (extending temporary restraining order until petitioner's show cause hearing); *Walizada v. Trump*, Case No. 2:25-cv-00768 (D. Vt. Oct. 1, 2025) at Doc. 13 (same); *Perez Alfaro v. Trump*, Case No. 2:25-cv-00584 (D. Vt. June 16, 2025) at Doc. 4 (granting motion for temporary restraining order and ordering "the petitioner shall not be removed from the District of Vermont pending further Order of this court"). When it has not done so, petitioners have been transferred from the District of Vermont and have only been able to attend hearings remotely, without effective translation and without the ability to consult with counsel. *See, e.g., Petrova v. US. Dep't of Homeland Sec.*, Case No. 2:25-cv-00240 (D. Vt. May 28, 2025) at Doc. 70 (noting petitioner was present by video and interpreter and counsel were present in the courtroom).

Ms. Patin Patin was arrested in her residence without a warrant. The basis for her detention is not clear but it appears she is entitled to a prompt bail hearing. In light of Petitioner's need to provide a more fulsome factual record in this case and to supplement her legal and factual arguments, Petitioner must have the ability to effectively consult with her counsel. This will not be possible if Petitioner is detained elsewhere without notice.

In order to preserve this court's jurisdiction, and pursuant to the All Writs Act, 28 U.S.C. § 1651(a), which authorizes the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law[,]" it is ORDERED that the Petitioner, Daysi Camila Patin Patin, shall not be removed from the District of Vermont pending further order of this court.

Dated at Burlington, in the District of Vermont, this 12th day of March, 2026, at 3:00 p.m.

/s/ *Christina Reiss*

Christina Reiss, Chief Judge
United States District Court